UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 2 6 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No.
)
GAIL YOUNG, )
) 4:13CR00247TCM
    Defendant. )

## MISDEMEANOR INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about May 9, 2012, within the Eastern District of Missouri,

**GAIL YOUNG,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to her use, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $838.00.

In violation of Title 18, United States Code, Section 641.

    Respectfully submitted,

    RICHARD CALLAHAN
    United States Attorney

    TRACY L. BERRY, 014753TN
    Assistant United States Attorney
    111 South 10th Street, Room 20.333
    St. Louis, Missouri  63102

|  | (314) 539-2200 |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this 26th day of June 2013

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK